# FILED

Dec 8 10 32 AM '11

# United States District Court

### DISTRICT OF MONTANA, BILLINGS DIVISION

2:11-mj-0778-VCF

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

CASE NUMBER: CR-11-126-BLG-RFC-01

THADDEUS CLINTON JONES
LOCAL CUSTODY-LAS VEGAS

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

---

YOU ARE HEREBY COMMANDED to arrest THADDEUS CLINTON JONES and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging HIM with CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE, DISTRIBUTION OF METHAMPHETAMINE, CONSPIRACY TO DISTRIBUTE COCAINE, DISTRIBUTION OF COCAINE/ATTEMPTED DISTRIBUTION OF COCAINE, FELON IN POSSESSION OF A FIREARM and AIDING ABETTING in violation of Title 21 United States Code 21, Sections 841(a)(1) and 846, Title 18 U.S.C., Sections 922(g)(1) and 2.

Assigned to: MARCIA HURD



H. McLEAN, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE CAROLYN S. OSTBY
Billings, Montana

**BAIL FIXED AT NO BOND**

Date of Issue: 11/18/2011

| RETURN | |
|---|---|
| DATE RECEIVED: | LOCATION: |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | |
| DATE OF ARREST: | |
| LOCATION: | Darrell Bell UNITED STATES MARSHAL |
| BY: | Deputy U.S. Marshal |

FILED
Dec 8 10 33 AM '11
U.S. ......... JUDGE
BY _____

FILED
NOV 18 2011
PATRICK E. DUFFY CLERK
BY _____
Deputy Clerk

MARCIA HURD
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: Marcia.hurd@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

2:11-mj-0778-VCF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 11- 124 -BLG- RFC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE (Count I)** Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $4,000,000 fine, and at least five years supervised release; loss of some federal benefits) |
| THADDEUS CLINTON JONES, TAMRA MICHELLE BRISTER, and EZEKIEL DONTE BARRY, | |
| Defendants. | |

1

DISTRIBUTION OF
METHAMPHETAMINE (Count II)
Title 21 U.S.C. § 841(a)(1)
Title 18 U.S.C. § 2
(Penalty: Mandatory minimum 5 to
40 years imprisonment, $2,000,000
fine, and at least four years
supervised release)

DISTRIBUTION OF
METHAMPHETAMINE (Count III)
Title 21 U.S.C. § 841(a)(1)
Title 18 U.S.C. § 2
(Penalty: Mandatory minimum 5 to
40 years imprisonment, $5,000,000
fine, and at least four years
supervised release)

CONSPIRACY TO DISTRIBUTE
COCAINE (Count IV)
Title 21 U.S.C. § 846
(Penalty: 20 years imprisonment,
$1,000,000 fine, and at least three
years supervised release)

DISTRIBUTION OF
COCAINE/ATTEMPTED
DISTRIBUTION OF COCAINE
(Count V, VI VIII-XVI)
Title 21 U.S.C. § 841(a)(1)
Title 18 U.S.C. § 2
(Penalty: 20 years imprisonment,
$1,000,000 fine, and at least three
years supervised release)

FELON IN POSSESSION OF A
FIREARM (Count VII)
Title 18 U.S.C. § 922(g)(1)
(Penalty: Ten years imprisonment,
$250,000 fine, and three years
supervised release)

THE GRAND JURY CHARGES:

## COUNT I

That from a date unknown and ending in September 2011, at Billings, in the State and District of Montana, and elsewhere, the defendants, THADDEUS CLINTON JONES, and TAMRA MICHELLE BRISTER, and other persons both known and unknown to the Grand Jury, did knowingly and unlawfully conspire, combine, confederate, and agree to distribute 50 or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), in violation of 21 U.S.C. § 846.

## COUNT II

On or about June 15, 2011, at Billings, in the State and District of Montana, the defendants, THADDEUS CLINTON JONES and TAMRA MICHELLE BRISTER, did knowingly and unlawfully distribute 27.3 grams of actual methamphetamine, a Schedule II controlled substance, and did aid and abet in the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT III

On or about August 6, 2011, at Billings, in the State and District of Montana, the defendants, THADDEUS CLINTON JONES and TAMRA MICHELLE BRISTER, did knowingly and unlawfully distribute 26.6 grams of actual methamphetamine, a Schedule II controlled substance, and did aid and abet in the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT IV

That from a date unknown and ending in September 2011, at Billings, in the State and District of Montana, and elsewhere, the defendants, THADDEUS CLINTON JONES, TAMRA MICHELLE BRISTER and EZEKIEL DONTE BARRY, and other persons both known and unknown to the Grand Jury, did knowingly and unlawfully conspire, combine, confederate, and agree to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), in violation of 21 U.S.C. § 846.

## COUNT V

On or about April 21, 2011, at Billings, in the State and District of Montana, the defendant, THADDEUS CLINTON JONES, did

4

knowingly and unlawfully distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT VI

On or about April 25, 2011, at Billings, in the State and District of Montana, the defendant, THADDEUS CLINTON JONES, did knowingly and unlawfully distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT VII

That on April 25, 2011, at Billings, in the State and District of Montana, the defendant, THADDEUS CLINTON JONES, having been convicted, on October 6, 1994, of a crime punishable by a term of imprisonment of more than one year under the laws of the State of Texas, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Smith & Wesson, Model SW40VE, .40 caliber semi-automatic pistol, s/n PBP1759, in violation of 18 U.S.C. § 922(g)(1).

## COUNT VIII

On or about May 23, 2011, at Billings, in the State and District of Montana, the defendant, THADDEUS CLINTON JONES, attempted to

5

knowingly and unlawfully distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT IX

On or about May 24, 2011, at Billings, in the State and District of Montana, the defendant, THADDEUS CLINTON JONES, attempted to knowingly and unlawfully distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT X

On or about May 31, 2011, at Billings, in the State and District of Montana, the defendant, THADDEUS CLINTON JONES, attempted to knowingly and unlawfully distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT XI

On or about June 1, 2011, at Billings, in the State and District of Montana, the defendant, THADDEUS CLINTON JONES, attempted to knowingly and unlawfully distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT XII

On or about June 15, 2011, at Billings, in the State and District of Montana, the defendants, THADDEUS CLINTON JONES and TAMRA MICHELLE BRISTER, did knowingly and unlawfully distribute, cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT XIII

On or about July 8, 2011, at Billings, in the State and District of Montana, the defendant, THADDEUS CLINTON JONES, did knowingly and unlawfully distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT XIV

On or about July 29, 2011, at Billings, in the State and District of Montana, the defendants, THADDEUS CLINTON JONES and EZEKIEL DONTE BERRY, did knowingly and unlawfully distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT XV

On or about August 16, 2011, at Billings, in the State and District of Montana, the defendants, THADDEUS CLINTON JONES and TAMRA MICHELLE BRISTER, attempted to knowingly and unlawfully distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT XVI

On or about September 9, 2011, at Billings, in the State and District of Montana, the defendant, THADDEUS CLINTON JONES, did knowingly and unlawfully distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

//

//

//

//

//

//

//

//

8

A TRUE BILL.

*[signature]*
FOREPERSON

*[signature]*
MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

*[signature]*
KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Jones - State Custody in Las Vegas

Crim. Summons _____
Warrant: ✓ (all 3)
Bail: none

9